FILED

04/29/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0268



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0268

MICHELLE HOLLCRAFT VANISKO,

Petitioner and Appellee,

v.

BRAD RAE RICHARDSON,

Respondent and Appellant.

**GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE**

Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

DATED: April 29, 2024.

_____

BOWEN GREENWOOD
Clerk of the Supreme Court